# United States District Court
# For The Western District of North Carolina
# Charlotte Division

John E. Washington ,

       Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                  3:02-cv-534

City of Charlotte,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/14/05 Order.

**Signed: June 16, 2005**

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court